FILED
4/18/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
NF

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LUMBER LIQUIDATORS
CHINESE−MANUFACTURED FLOORING
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                        MDL No. 2627

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Virginia with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 16, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

IN RE: LUMBER LIQUIDATORS
CHINESE−MANUFACTURED FLOORING
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                MDL No. 2627

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| VAE | 1 | 20−02825 | ILN | 1 | 20−05123 | Kappel v. Lumber Liquidators, Inc., |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CARLA J. KAPPEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-2825 (AJT/IDD) |
| | ) | |
| LUMBER LIQUIDATORS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff Carla J. Kappel's motion to return this case to the Judicial Panel on Multidistrict Litigation (the "Panel") with a recommendation for remand to the Northern District of Illinois, the transferor court, [Doc. No. 60] (the "Motion"), the memorandum in support thereof and in opposition thereto, the argument of counsel at the hearing held on the Motion on March 13, 2024, and for the reasons stated by the Court at the hearing held on March 13, 2024, the Court finds that good cause exists to remand this action back to the transferor court for further proceedings, including trial. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**; and that pursuant to JPML Rule 10.1(b)(i), the Clerk is directed to return this case to the Panel with the Court's suggestion and recommendation that the case to remanded to the Norther District of Illinois.

The Clerk is further directed to forward a copy of this Order to all counsel of record.

March 14, 2024
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge

1