IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARLA J. KAPPEL, as mother and next )
friend of Kendall Isabella Tarabus, a minor, )
and Aydan James Tarabus, a minor, as )
Special Administrator of the Estate of )
OZAN TARABUS, deceased, )
         )
             Plaintiff, )     Civil Action No. 1:20-cv-05123
         )
v. )     Honorable Thomas M. Durkin
         )
LUMBER LIQUIDATORS, INC., )
a Delaware corporation, )
         )
             Defendant. )
         )

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, Carla J. Kappel, as Special Administrator of the Estate of Ozan Tarabus and as mother and next friend of the minor statutory beneficiaries ("Plaintiff"), and Defendant, Lumber Liquidators, Inc. ("Lumber Liquidators"), by their respective counsel, jointly move this Court for entry of the Consent Judgment, a copy of which is attached hereto as Exhibit A, and, in support thereof, state as follows:

1.       On April 24, 2026, this Court entered an Order (the "4/24/26 Order"), a copy of which is attached hereto as Exhibit B, advising that the parties intended to submit a proposed Consent Judgment for the Court's consideration. The Court further found that James River Insurance Company and Sentry Insurance Company had purported to deny coverage, were not defending the instant action, and had previously been provided notice of Plaintiff's claims and an opportunity to defend.

2.      In the 4/24/26 Order, the Court further ordered that James River Insurance Company and Sentry Insurance Company shall be afforded notice of, and an opportunity to be heard upon, the Motion for Entry of Consent Judgment, and directed the manner in which such notice shall be provided.

3.      Consistent with the 4/24/26 Order, Plaintiff is contemporaneously serving James River Insurance Company and Sentry Insurance Company with this Motion, the proposed Consent Judgment, and a copy of the 4/24/26 Order in the manner directed by the Court. Proofs of such service will be filed with the Court.

4.      Plaintiff and Lumber Liquidators, each represented by experienced counsel, have negotiated and executed the attached proposed Consent Judgment following arms-length settlement negotiations. The proposed Consent Judgment resolves all claims between the parties and requests that the Court enter the findings set forth therein.

5.      The proposed Consent Judgment fixes the liability and damages of Lumber Liquidators, disposes of all claims asserted by Plaintiff against Lumber Liquidators, and constitutes a final and appealable judgment as between those parties.

6.      Entry of the proposed Consent Judgment is consistent with the parties' agreement and the 4/24/26 Order establishing the procedure by which James River Insurance Company and Sentry Insurance Company are to receive notice and an opportunity to be heard before entry of the proposed Consent Judgment.

WHEREFORE, Plaintiff and Defendant Lumber Liquidators respectfully request that, following expiration of the time afforded James River Insurance Company and Sentry Insurance Company to appear and be heard pursuant to the 4/24/26 Order, or after any objections have

been resolved, this Court enter the attached Consent Judgment and grant such other and further

relief as this Court deems just and proper.

CARLA J. KAPPEL, as Special Administrator, etc.

By: /s/ Kenneth Anspach (#0059048)
Kenneth Anspach, Esq.
77 West Washington Street
Suite 1420
Chicago, IL 60602
(312) 407-7888
ken@anspachlawoffice.com

LUMBER LIQUIDATORS, INC.

By: /s/ Colter Kennedy
Colter Kennedy (#6337365)
James P. McCarthy (#6187754)
Joseph B. Moore III (#6286900)
GUNTY, MCCARTHY& MOORE, LLC
2 North Riverside, Suite 1725
Chicago, Illinois 60606
(312) 541-0022
CKennedy@guntymccarthy.com
jim.mccarthy@guntymccarthy.com
joseph.moore@guntymccarthy.com