IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLA J. KAPPEL, as mother and next friend of Kendall Isabella Tarabus, a minor, and Aydan James Tarabus, a minor, as Special Administrator of the Estate of OZAN TARABUS, deceased, | ) | |
| Plaintiff, | ) | Civil Action No. 1:20-cv-05123 |
| v. | ) | Honorable Thomas M. Durkin |
| LUMBER LIQUIDATORS, INC. n/k/a LL FLOORING, INC. , a Delaware corporation, | ) | |
| Defendant. | ) | |

ADDITIONAL NOTICE OF MOTION

To: All Persons and Entities Listed on the attached Certificate of Service.

On the 1st day of October, 2026 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Thomas M. Durkin, or any other judge sitting in his stead, by telephone, and shall then and there present for hearing the parties' Joint Motion for Entry of Consent Judgment, a copy of which is attached hereto. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648.

/s/ Kenneth Anspach

KENNETH ANSPACH, ESQ.
ANSPACH LAW OFFICE
77 West Washington Street
Suite 1420
Chicago, Illinois 60602
(312) 407-7888
ken@anspachlawoffice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLA J. KAPPEL, as mother and next friend of Kendall Isabella Tarabus, a minor, and Aydan James Tarabus, a minor, as Special Administrator of the Estate of OZAN TARABUS, deceased, | ) | |
| Plaintiff, | ) | Civil Action No. 1:20-cv-05123 |
| v. | ) | Honorable Thomas M. Durkin |
| LUMBER LIQUIDATORS, INC. n/k/a LL FLOORING, INC. , a Delaware corporation, | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law that on August 27, 2026, I caused true and correct copies of the Additional Notice of Motion, Joint Motion for Entry of Consent Judgment, proposed Consent Judgment attached thereto as Exhibit A, and this Court's Order dated April 24, 2026 (Dkt. 53) attached thereto as Exhibit B, to be:

(a) mailed by certified U.S. Mail, return receipt requested, to James River Insurance Company at its principal place of business, 6641 West Broad Street, Suite 300, Richmond, Virginia 23230; and

(b) placed in the United States Mail, postage prepaid, addressed to the Henrico County Sheriff's Office, P.O. Box 90775, Henrico, Virginia 23273, for personal service upon James River Insurance Company at its principal place of business, 6641 West Broad Street, Suite 300, Richmond, Virginia 23230.

The undersigned hereby further certifies under penalties of perjury as provided by law that the attached Additional Notice of Motion, Joint Motion for Entry of Consent Judgment, to which is attached the proposed Consent Judgment as Exhibit A, and the Order of Court dated April 24, 2026 (Dkt. 53) as Exhibit B were __ personally delivered, __ placed in the U. S. Mail, with first class postage prepaid, ___ sent via facsimile _X___ sent electronically via the CM/ECF and directed to all parties of record at the address(es) set forth below on the 27th day of August, 2026. Copies of all documents required to be served by Fed.R.Civ.P. 5(a) have been served.

Colter Kennedy (#6337365)
James P. McCarthy (#6187754)
Joseph B. Moore III (#6286900)
GUNTY, MCCARTHY& MOORE, LLC
2 North Riverside
Suite 1725
Chicago, Illinois 60606
CKennedy@guntymccarthy.com
jim.mccarthy@guntymccarthy.com
joseph.moore@guntymccarthy.com

/s/ Kenneth Anspach

KENNETH ANSPACH, ESQ.
Anspach Law Office
77 West Washington St.
Suite 1420
Chicago, Illinois 60602
Telephone: (312) 407-7888
Email: ken@anspachlawoffice.com